UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-81162-RS

HOWARD COHAN,

    Plaintiff,

vs.

FIRST COAST ENERGY, L.L.P.
a Florida Limited Liability Company
d/b/a Shell

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, FIRST COAST ENERGY, L.L.P., a Florida Limited Liability Company, d/b/a Shell, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 12, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Lee D. Wedekind, III** |
| Gregory S. Sconzo, Esq. | Lee D. Wedekind, III |
| Florida Bar No.: 0105553 | Florida Bar Number 670588 |
| Sconzo Law Office, P.A. | Nelson Mullins Riley & Scarborough LLP |
| 3825 PGA Boulevard, Suite 207 | 50 North Laura Street, Suite 4100 |
| Palm Beach Gardens, FL 33410 | Jacksonville, FL 32202 |
| Telephone: (561) 729-0940 | (904) 665-3652 (direct) |
| Facsimile: (561) 491-9459 | (904) 665-3699 (facsimile) |
| Email: greg@sconzolawoffice.com | lee.wedekind@nelsonmullins.com |
| Secondary Email: alexa@sconzolawoffice.com | Attorneys for First Coast Energy, L.L.P. |
| Attorney for Plaintiff | |

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **<u>/s/ Gregory S. Sconzo</u>**
    **Gregory S. Sconzo, Esq.**