# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-81162-CV-SMITH

HOWARD COHAN,

    Plaintiff,

vs.

FIRST COAST ENERGY, L.L.P.,
a Florida Limited Liability Partnership,
d/b/a Shell

    Defendant(s).
_____/

### ORDER APPROVING AND ENTERING CONSENT DECREE
### AND DISMISSING ACTION WITH PREJUDICE

This matter is before the Court upon the Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice [DE 27].  The Court has reviewed the Joint Motion and the Consent Decree attached to the Joint Motion as Exhibit "A," and the record.  Upon consideration, it is

**ORDERED** that:

1.    The Court finds the Consent Decree to be fair, adequate and reasonable to improve and provide access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.*

2.    The Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice [DE 27] is **GRANTED.**

3.    The Court **APPROVES and ADOPTS** the Consent Decree, and pursuant to Federal Rule of Civil Procedure 54, the Consent Decree is **ENTERED** and this action is

**DISMISSED WITH PREJUDICE**.

4. The Court shall retain jurisdiction to enforce the Consent Decree until **April 4, 2022.**

5. Each party shall bear their own attorney's fees and costs except as detailed in the Consent Decree.

6. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot, and the Clerk is directed to **CLOSE** this action.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of May, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record